UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
) CASE NUMBER 08mj8281
) ABSTRACT OF ORDER
) Booking No. 06163298
)                   883658
Leticia Galindo )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of __4-15-08__
the Court entered the following order:

✓ _____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
    _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
✓ _____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other._____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE
    OR
W. SAMUEL HAMRICK, JR.  Clerk
by
    Deputy Clerk

Received _____
    DUSM

Crim-9  (Rev 6-95)                                                  ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY